AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| CEDRICK BROWN | Case Number: 3:00CR141-MHT |
| | USM Number: 10750-002 |
| | Kevin L. Butler |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐  admitted guilt to violation of condition(s) _____ of the term of supervision.

X  was found in violation of condition(s) _1, 2, 3, 4, 5, 6, 7, 8 and 10_ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful distribution of a controlled substance | 10/31/2006 |
| 2 | Possession of a controlled substance | 10/31/2006 |
| 3 | Attempting to elude law enforcement officers | 11/08/2006 |
| 4 | Resisting arrest | 11/08/2006 |
| 5 | Commission of criminal mischief 3rd | 11/08/2006 |
| 6 | Illegal possession of a firearm and ammunition | 11/08/2006 |
| 7 | Possession of a controlled substance | 11/08/2006 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: 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 | December 14, 2006 |
|---|---|
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: 00/00/1975 | |
| | *Signature of Judge* |
| Defendant's Residence Address: | |
| Route 2 | |
| Cottonwood Court | TRUMAN M. HOBBS, SENIOR U. S. DISTRICT JUDGE |
| | Name and Title of Judge |
| Tallassee, Alabama 36078 | December 14, 2006 |
| Defendant's Mailing Address: | Date |
| Same as above | |

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
        Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: **CEDRICK BROWN**
CASE NUMBER: **3:00CR141-MHT**

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 8 | Possession of a controlled substance and drug paraphernalia | 11/08/2006 |
| 10 | Submitting false monthly supervision reports | 10/06/2006 |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

| DEFENDANT: | CEDRICK BROWN |
|---|---|
| CASE NUMBER: | 3:00CR141-MHT |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Twenty Four (24) months. This sentence is ORDERED to run concurrently with any future federal sentence which may be imposed arising out of the same violations found by this court this date.

It is ORDERED that the term of supervised release imposed on 02/03/2005, is REVOKED.

X  The court makes the following recommendations to the Bureau of Prisons:
   That defendant be designated to a facility where drug treatment and or counseling is available.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL